AO 245H   (Rev 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
  Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| RONALD E. HINSON | Case No.   11-po-00033-GJR |
| | USM No. |
| | Stephan Schweissing, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Two of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 C.F.R. §§ 1.218(a)(5) and (b)(11) | Did Engage in Conduct Which Impeded and Disrupted the Performance of Official Duties by employees | 07/12/2011 | Two |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: $10.00 | $ 10.00 | $ |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
Grand Junction, CO

05/15/2012
Date of Imposition of Judgment

*/s/ Gudrun J. Rice*
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name and Title of Judge

05/16/2012
Date